IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONALD LAMAR MAY, # 320882, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION 21-0491-CG-MU |
| HEATH JACKSON, et al., | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be **DISMISSED** without prejudice as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and that the action be counted as a strike for the purposes of 28 U.S.C. § 1915(g).

**DONE** and **ORDERED** this the 9th day of May, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE